# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY G. MIDDLETON;  ) | |
| DELYNDA J. MIDDLETON  ) | |
| ) | |
| Plaintiffs,  ) | |
| v.  ) | Case No. 5:16-cv-1530-MHH |
| ) | |
| NAVIENT CORPORATION;  ) | |
| STUDENT ASSISTANCE  ) | |
| CORPORATION,  ) | |
| ) | |
| Defendants.  ) | |

## ORDER OF DISMISSAL

Plaintiffs Jeffrey G. Middleton and Delynda J. Middleton and defendants Navient Corporation and Student Assistance Corporation have filed a joint stipulation of dismissal with prejudice, with each party to bear its own costs and attorney's fees.  (Doc. 17).  Such a signed voluntary dismissal is effective without a court order.  *See* FED. R. CIV. P. 41(a)(1)(A)(ii).  Accordingly, the Court **DISMISSES** this action **WITH PREJUDICE**.  The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this February 10, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE